# In the United States Court of Federal Claims

Nos. 15-207, 15-242, 15-249, 15-265
(consolidated)

(Filed: December 12, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COAST PROFESSIONAL, INC., NATIONAL   *
RECOVERIES, INC., ENTERPRISE   *
RECOVERY SYSTEMS, INC., and PIONEER   *
CREDIT RECOVERY, INC.,   *
  *
               Plaintiffs,   *
  *
v.   *
  *
THE UNITED STATES,   *
  *
               Defendant,   *
  *
and   *
  *
FINANCIAL MANAGEMENT SYSTEMS,   *
INC., ACCOUNT CONTROL   *
TECHNOLOGY, INC., WINDHAM   *
PROFESSIONALS, INC., and GC SERVICES   *
LIMITED PARTNERSHIP,   *
  *
          Defendant-Intervenors. *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

The Court will hold a status conference in the above-captioned consolidated bid protest on Tuesday, January 9, 2018, at 10:00 AM EST in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.  All parties are expected to be present and represented.

The status conference will be unsealed and open to the public.  Should any confidential information arise during the conference, those present who are not admitted under the Court's protective order in this case will be asked to leave the courtroom while such matters are discussed.  The Court has also decided that dial-ins will not be permitted.

Any interested party who is unable to attend in person may obtain a transcript of the proceeding.  If any lead attorneys for the named parties are unable to attend, the Court encourages them to send representatives on their behalf but will not penalize them for their absence.

      IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge