# In the United States Court of Federal Claims

Nos. 15-207, 15-242, 15-249, 15-265
(consolidated)

(Filed: January 9, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| COAST PROFESSIONAL, INC., NATIONAL RECOVERIES, INC., ENTERPRISE RECOVERY SYSTEMS, INC., and PIONEER CREDIT RECOVERY, INC., | * * * * |
| Plaintiffs, | * * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant, | * * |
| and | * * |
| FINANCIAL MANAGEMENT SYSTEMS, INC., ACCOUNT CONTROL TECHNOLOGY, INC., WINDHAM PROFESSIONALS, INC., and GC SERVICES LIMITED PARTNERSHIP, | * * * * * * |
| Defendant-Intervenors. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On January 9, 2018, the Court held a status conference in the above-captioned case.  As agreed by the parties, the Court adopts the following briefing schedule:

1. Defendant shall file its renewed motion to dismiss on or before January 31, 2018.

2. Plaintiffs shall file their responses to Defendant's motion on or before February 21, 2018.

3. Defendant shall file its reply on or before March 7, 2018.

4.  Defendant-Intervenors and any other interested named party shall file responses
    to Defendant's motion on or before March 7, 2018.


IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
