# In the United States Court of Federal Claims

Nos. 15-207, 15-242, 15-249, 15-265
(consolidated)

(Filed: February 2, 2018)

```
*******************************************  *
                                              *
COAST PROFESSIONAL, INC., NATIONAL            *
RECOVERIES, INC., ENTERPRISE                  *
RECOVERY SYSTEMS, INC., and PIONEER           *
CREDIT RECOVERY, INC.,                        *
                                              *
                Plaintiffs,                   *
                                              *
v.                                            *
                                              *
THE UNITED STATES,                            *
                                              *
                Defendant,                    *
                                              *
and                                           *
                                              *
FINANCIAL MANAGEMENT SYSTEMS,                 *
INC., ACCOUNT CONTROL TECHNOLOGY,             *
INC., CONTINENTAL SERVICE GROUP,              *
INC., WINDHAM PROFESSIONALS, INC.,            *
and GC SERVICES LIMITED PARTNERSHIP,          *
                                              *
                Defendant-Intervenors.        *
                                              *
*******************************************  *
```

## ORDER LIFTING STAY

On January 31, 2018, Defendant filed a motion to dismiss pursuant to RCFC 12(b)(1) and 12(b)(6). Dkt. No. 244. Pending review of this motion to dismiss, the stay of proceedings in this case is hereby LIFTED. Deadlines set forth in the Court's January 9, 2018 order shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge